UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
TRONDHEIM CAPITAL PARTNERS, L.P.,   :
    :
    :  **ORDER REGULATING**
    :  **PROCEEDINGS**
    Plaintiff,  :
    :
  -against-    :  20 Civ. 6286  (AKH)
    :
    :
    :
WILLIAM H. SADLIER, INC.    :
    :
    Defendant.  :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On December 18, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, this matter shall proceed as follows: Plaintiff shall provide Defendant with a list of corporate documents it wishes to review by Wednesday, December 23, 2020.  By January 6, 2021, any disputes shall be submitted to me in a joint letter pursuant to Individual Rule 2E.  Plaintiff shall conclude its review by January 22, 2021.  The parties shall appear for a status conference on January 29, 2021 at 10 a.m. to regulate further proceedings in the case.

       SO ORDERED.

Dated:    December 21, 2020           /s/
           New York, New York       ALVIN K. HELLERSTEIN
                                            United States District Judge