

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

MICHAEL H. GIBSON
DIRECT DIAL: +1 212 404 8726
PERSONAL FAX: +1 212 818 9606
*E-MAIL:* MHGibson@duanemorris.com

www.duanemorris.com

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

February 17, 2021

> The extension until May 3, 2021 is granted. The status conference, currently scheduled for March 5, 2021 is adjourned until May 14, 2021 at 10am.
> So ordered,
> /s/
> Alvin K. Hellerstein
> 2/18/21

**VIA ECF AND BY FAX (212) 805-7942**

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States
Courthouse, Room 1620
500 Pearl Street
New York, NY  10007

      Re:    Trondheim Capital Partners, LP v. William H. Sadlier, Inc.
              Case No.: 20-cv-06286 (AKH)

Dear Judge Hellerstein:

      This firm represents Defendant William H. Sadlier ("Sadlier") with regard to the above referenced matter. We write this letter, with the consent of counsel for Plaintiff Trondheim Capital Partners, LP ("Trondheim"), Joe Sibley, Esq., to respectfully request a second extension, through May 1, 2021, for Sadlier to comply with the Court's Order, dated January 8, 2021 (Doc. No. 24). The current deadline is February 22, 2021. Sadlier similarly requests, with the consent of Trondheim, that the Court adjourn the status conference currently scheduled for March 5, 2021 to a date following May 1, 2021.

      To date Sadlier has already produced a substantial number of the documents that it was ordered to produce to Trondheim, including:

          (i)     Annual Reports for 2007 through 2012;
          (ii)    Monthly financial reports for 2019 through 2020;
          (iii)   Board of Directors and Shareholder Meeting minutes for 2020; and
          (iv)   Summary of executive compensation for 2018 through 2020.

      Sadlier continues to gather the additional broad range of documents subject to the Court's Order. However, due to Covid-19 access restrictions, and limited personnel, some categories of



The Honorable Alvin K. Hellerstein
February 17, 2021
Page 2

documents are more difficult to access than others.  Further, the additional time will afford the parties sufficient time to explore if there is a path to resolve this matter.

      For these reasons, it is respectfully requested that the Court grant Sadlier's on-consent request to adjourn its deadline to respond to the Court's Order through May 1, 2021 and adjourn the status conference currently scheduled for March 5, 2021.

                                    Respectfully submitted,

                                    Michael H. Gibson

cc: Counsel for Plaintiff (Via ECF)