UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
TRONDHEIM CAPITAL PARTNERS, L.P., :
: **ORDER**
Plaintiff, :
v. : 20 Civ. 6286 (AKH)
:
WILLIAM H. SADLIER, INC., :
:
Defendant. :
:
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

    SO ORDERED.

Dated:    May 11, 2021                               /s/ Alvin K. Hellerstein
          New York, New York                   ALVIN K. HELLERSTEIN
                                                  United States District Judge